■

IN the INT. OF: J.S.

**Appeal of: K.W.**

**1533 MDA 2016**

Superior Court of Pennsylvania.

03/06/2017

CP–21–DP–0000065–2015
(Cumberland)

Affirmed

■

**IN RE: ADOPTION OF: J.S., a Minor**

**1540 MDA 2016**

Superior Court of Pennsylvania.

03/06/2017

69 Adoptions 2016
(Cumberland)

Affirmed

■

**IN RE: Interest of A.N.C.,**

**Appeal of: T.J.C.**

**82 WDA 2016**

Superior Court of Pennsylvania.

03/06/2017

No. 32–02–0192
(Indiana)

Affirmed

■

**COM.**

**v.**

**CONSTANTINI, C.**

**133 WDA 2016**

Superior Court of Pennsylvania.

03/06/2017

CP–02–CR–0001446–2015
(Allegheny)

Appeal Dismissed

■

**COM.**

**v.**

**LOWMAN, M.**

**135 WDA 2016**

Superior Court of Pennsylvania.

03/06/2017

CP–02–CR–0001423–2015
(Allegheny)

Appeal Dismissed